NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIO A. MENDOZA,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3068

---

Petition for review of the Merit Systems Protection Board in case no. DA0831100542-I-1.

---

## ON MOTION

---

Before PROST, MAYER, AND GAJARSA, *Circuit Judges.*

PER CURIAM.

## ORDER

Mario A. Mendoza moves for reconsideration of the court's order dismissing this petition as untimely.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

OCT 2 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Edward P. Fahey, Jr., Esq.
     Douglas G. Edelschick, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 6 2011

JAN HORBALY
CLERK